# Exhibit D

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SALITA PROMOTIONS CORP.,          Case No. 2:20-cv-12547-LJM-EAS
                                                Hon. Laurie J. Michelson

        Plaintiff,

v.

SHOHJAHON ERGASHEV and
OLEG BOGDANOV,

        Defendants.

---

CLARK HILL PLC
Charles E. Murphy (P28909)
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI  48009
Tel: (248) 988-5879
cmurphy@clarkhill.com

Jason R. Canvasser (P69814)
500 Woodward Ave., Suite 3500
Detroit, MI 48226
Tel: (313) 965-8300
jcanvasser@clarkhill.com

Attorneys for Plaintiff

---

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

Before the Court is Plaintiff Salita Promotions Corp.'s Motion For Temporary Restraining Order.  The Court having reviewed the pleadings and heard oral argument, Plaintiff has adequately demonstrated that a failure to issue the

1

Temporary Restraining Order will cause irreparable injury to Plaintiff Salita Promotions Corp. by permitting Defendant Ergashev to continue to breach the Promotional Agreement by participating in a professional boxing Bout in St. Petersburg, Russian Federation on September 21, 2020 at the Azimat Hotel and by permitting Defendant Bogdanov, the manager of Defendant Ergashev, to tortiously interfere with the Promotional Agreement by working as manager in concert with Defendant Ergashev regarding the professional boxing Bout in St. Petersburg, Russian Federation on September 21, 2020 at the Azimat Hotel.

For these reasons, it is HEREBY ORDERED that:

    1.    Defendant Shohjahon Ergashev is immediately temporarily restrained and enjoined from, directly or indirectly, whether alone or in concert with others, violating the terms of the Promotional Agreement; and Defendant Ergashev is temporarily restrained from participating in the September 21, 2020 Bout, from participating in any other bouts that fall outside the Promotional Agreement, and from signing any promotional or bout agreements with any other promoters;

    2.    Defendant Oleg Bogdanov is immediately temporarily restrained and enjoined from, directly or indirectly, whether alone or in concert with others, from interfering with the performance by Defendant Ergashev with the terms of the Promotional Agreement, and from and participating in the September 21, 2020 Bout as a manager or promoter of Defendant Ergashev.

3. Defendants Ergashev and Bogdanov are immediately enjoined from destroying, erasing or otherwise making unavailable, any records or documents (including data or information maintained in computer media or storage) in their possession or control which pertain in any way to Plaintiff's claims or relate to any of the events alleged in the Complaint in this action;

4. Defendants Ergashev and Bogdanov are immediately enjoined from damaging, destroying, concealing, disposing of any information on their computers, smart phone, external storage devices or email accounts.

5. Plaintiff shall be permitted to take immediate discovery to allow Plaintiff to forensically examine all of Defendants Ergashev's and Defendant Bogdanov's computers, smart phone, external storage devices or email accounts.

6. The Court shall hold a Preliminary Injunction hearing on _____;

7. This Temporary Restraining Order expires by its terms on _____, unless Defendants consent to an extension for a longer period.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Date:_____     Time:_____

J9011\410400\260821709.v1