# Exhibit 1

### Re: Shohjahon Ergashev - fight offer for November 19

From: David Berlin (davidberlin13@yahoo.com)

To: ice99@inbox.ru

Cc: ds@salitapromotions.com; mark@marktaffetmedia.com

Date: Tuesday, September 29, 2020, 08:05 PM EDT

Hi Oleg,

I never heard back from you regarding the offer for the November 19 bout for Shohjahon Ergashev.

I am writing, on behalf of Salita Promotions, with a new offer. SP is offering Shohjahon a 10-round bout on December 12, 2020 on Showtime against Gary Antuanne Russell. The purse is $50,000.

[BoxRec: Gary Antuanne Russell](#)



**BoxRec: Gary Antuanne Russell**
pro boxer

Please let me know whether Shohjahon is interested in this offer on or before close of business on Thursday, October 1.

Thank you.
David

David Berlin
Attorney at Law
207 East 94th Street
Mezzanine Level
New York, NY 10128
(917) 202-8700
davidberlin13@yahoo.com
https://boxinglegal.com/

> On Friday, September 11, 2020, 10:51:34 AM EDT, David Berlin <davidberlin13@yahoo.com> wrote:
>
> Very good. We look forward to hearing from you.
>
> Sent from my iPhone
>
>> On Sep 11, 2020, at 3:49 PM, Mark Taffet <Mark@marktaffetmedia.com> wrote:

Ok. Thank you.

**Mark Taffet
President
Mark Taffet Media LLC**
Mobile: 973-294-6690
Twitter: @marktaffetmedia

On Sep 11, 2020, at 8:37 AM, oleg <ice99@inbox.ru> wrote:

Dear David, Mark
I wil seel Shoh tomorrow and we will discuss SP proposal. I will write you a letter till Monday.
Sincerely
Oleg

--
Отправлено из Mail.ru для Android

пятница, 11 сентября 2020г., 14:47 +03:00 от Mark Taffet mark@marktaffetmedia.com:

Oleg, I worked hard and very quickly to help get this opportunity for Shohjahon. This is the first night in a new fight series on NBC Sports which provides great exposure.

**Mark Taffet
President
Mark Taffet Media LLC**
Mobile: 973-294-6690
Twitter: @marktaffetmedia

Begin forwarded message:

**From:** David Berlin <davidberlin13@yahoo.com>
**Date:** September 11, 2020 at 12:04:18 AM EDT
**To:** Oleg Bogdanov <ice99@inbox.ru>
**Cc:** "shohhhhOO@mail.ru" <shohhhhOO@mail.ru>, "shohhhh00@mail.ru" <shohhhh00@mail.ru>, Mark Taffet <Mark@marktaffetmedia.com>, Dmitriy Salita <ds@salitapromotions.com>
**Subject: Shohjahon Ergashev - fight offer for November 19**
**Reply-To:** David Berlin <davidberlin13@yahoo.com>

Dear Oleg,

I write, on behalf of Salita Promotions, with an offer for Shohjahon Ergashev, whom you manage, to fight on November 19, 2020. The fight would be against Batyrzhan Jukembayev as the main event of a card broadcast on NBC Sports. Maximum weight: 140 pounds. Shohjahon's purse will be $25,000.

BoxRec: Batyrzhan Jukembayev

> **BoxRec: Batyrzhan Jukembayev**
> pro boxer

Please let us know as soon as possible whether Shohjahon accepts this offer. If so, a bout a agreement will follow.

We look forward to hearing from you.

Sincerely,
David

David Berlin
Attorney at Law
207 East 94th Street
Mezzanine Level
New York, NY 10128
(917) 202-8700
davidberlin13@yahoo.com
https://boxinglegal.com/