# Exhibit 2



# INTERNATIONAL BOXING FEDERATION

Daryl J. Peoples, President
dpeoples@ibfboxing.com

Anibal Miramontes, Ratings Chairman
amiramontes@ibfboxing.com

Carlos Ortiz, Jr., Championships Chairman
cortizjr@ibfboxing.com

## OFFICE OF THE PRESIDENT

899 Mountain Ave., Suite 2C ▪ Springfield, NJ 07081
Phone: 973-564-8046 ▪ Fax: 973-564-8751
www.ibf-usba-boxing.com

October 27, 2020

**Via Email:**

Mr. Angelo DiCarlo
Ace Boxing Promotions
aceboxing@hotmail.com

Mr. Dmitriy Salita.
Salita Promotions
ds@salitapromotions.com

RE: Liam Paro vs Shohjahon Ergashev – IBF Jr. Welterweight Eliminator for # 1

Dear Mr. Angelo DiCarlo and Mr. Dmitriy Salita:

Be advised that # 3 Liam Paro and # 4 Shohjahon Ergashev, are the 2 highest ranked available contenders in the IBF Jr. Welterweight Eliminator division. In an effort to determine who the mandatory challenger will be, the IBF is ordering an elimination bout between Liam Paro and Shohjahon Ergashev for the number one position. The winner will be #1 and the mandatory challenger.
Within 3 days or no later than October 30, 2020 you should contact this office in writing advising your availability. In the event we do not hear from you in writing by 5 PM EST on October 30, 2020 we will assume that you do not wish to participate in this eliminator process and proceed down the list of rankings to the next available contender.

Any boxer who is contracted with a promoter, a network, or a state, tribal or national commission to take another fight, or who is ill, injured, under a legal impediment which could prevent the bout from taking place in the opinion of the IBF, or on suspension at the time the Championships Chairman and the President order a bout under this rule shall be considered unavailable.

Mr. Angelo DiCarlo
Mr. Dmitriy Salita
October 27, 2020
Page II

Liam Paro is represented by Mr. Angelo DiCarlo of Ace Boxing Promotions. Mr. Angelo DiCarlo can be reached at: aceboxing@hotmail.com

Shohjahon Ergashev is represented by Mr. Dmitriy Salita of Salita Promotions. Mr. Dmitriy Salita can be reached at: ds@salitapromotions.com. In the event that you are unable to come to an amicable agreement, the IBF will order a purse bid.

IBF Rule 9.D cites that the two highest ranked available contenders have the obligation to proceed to a purse bid if so ordered by the President.

IBF Rule 9. C cites: Should either contender decline to participate in negotiations, his ranking will be dropped to below #10 for at least six (6) months and the next boxer in line will be offered the opportunity to enter the elimination process. Neither fighter can take an intervening fight until the Elimination process is concluded.

Sincerely,

*Carlos Ortiz Jr.*

Carlos Ortiz
Championship Chairman
International Boxing Federation

CC: Daryl Peoples
　　Anibal Miramontes