# Exhibit 3



Begin forwarded message:

**From:** oleg <ice99@inbox.ru>
**Date:** October 29, 2020 at 8:16:56 PM GMT+2
**To:** David Berlin <Davidberlin13@yahoo.com>, adam <adam@brandsmiths.co.uk>, Daryl Peoples <DPeoples@ibfboxing.com>, Anibal Miramontes <AMiramontes@ibfboxing.com>, "Carlos Ortiz Jr." <cortizjr@ibfboxing.com>
**Subject: Re:  IBF Eliminator for Ergashev - PLEASE RESPOND RE: AVAILABILITY BY OCTOBER 29**
**Reply-To:** oleg <ice99@inbox.ru>


Dear David,
Thank you very much for your letter, last week we were informed of this news and we are very grateful that the IBF provides an opportunity for Shoh to fight for the Elimination status and of course on behalf of Shohjahon Ergashev I give a positive answer, Shohjahon will fight in IBF Eliminator, all further negotiations regarding the fight  will be conducted by Adam Morallee and me. Dmitry Salita is not authorized to conduct any negotiations with anyone regarding the organization of Shohjahons fights.
Sincerely Yours
Oleg Bogdanov

> Среда, 28 октября 2020, 7:03 +03:00 от David Berlin <davidberlin13@yahoo.com>:
>
> Dear Oleg,
>
> Salita Promotions received the attached letter from the IBF, in which the IBF has stated its intention to order an elimination bout involving Shohjahon Ergashev, currently ranked number 4, for its number 1 and mandatory challenger position.  As Salita Promotions continues to arrange and seek the best opportunities for Mr. Ergashev, it was successful in securing this opportunity that provides a clear pathway to a world championship.  As you will see in the IBF's letter, SP must notify the IBF on or before October 30 that Mr. Ergashev is available.
>
> SP of course wants to pursue this opportunity on behalf of Mr. Ergashev but we need confirmation that he is available.  I would therefore ask that you get back to me on or before October 29 in order that we might have time to properly notify the

IBF. Although you have not responded to two recent written offers for fights that I emailed you (despite your promise to get back to me on the first of those two offers), disregarding this email and losing this opportunity to participate in an elimination bout would be a clear disservice to the fighter you manage.

I am copying Adam Corallee of the law firm Brandsmiths and the advisory group S-Jam, as I understand that he is the lawyer and advisor to Mr. Ergashev. Please let me know who best to communicate with going forward.

Best,
David

David Berlin
Attorney at Law
207 East 94th Street
Mezzanine Level
New York, NY 10128
(917) 202-8700
davidberlin13@yahoo.com
https://boxinglegal.com/


--
bogdanov oleg