UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALITA PROMOTIONS CORP.,

    Plaintiff,

v.

SHOHJAHON ERGASHEV and
OLEG BOGDANOV,

    Defendants.

Case No. 2:20-cv-12547-LJM-EAS
Hon. Laurie J. Michelson

---

CLARK HILL PLC
Charles E. Murphy (P28909)
Magy E. Shenouda (P85576)
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
Tel: (248) 642-9692
cmurphy(iklarkhill.com
mshenouda@clarkhill.com

Jason R. Canvasser (P69814)
500 Woodward Ave., Suite 3500
Detroit, MI 48226
Tel: (313) 965-8300
jcanvasser@clarkhill.com

Attorneys for Plaintiff

SHOHJAHON ERGASHEV
In Pro Per
shahjahon1991@mail.ni

OLEG BOGDANOV
In Pro Per
ice99@inbox.ru

---

## ORDER DISMISSING DEFENDANT OLEG BOGDANOV WITHOUT PREJUDICE

The Court Clerk entered a Default against Defendant Oleg Bogdanov for failing to respond to the Second Amended Complaint [ECF No. 84], Plaintiff Salita Promotions Corp. has resolved its claims against Defendant Shohajon Ergashev, and the Plaintiff and Defendant Oleg Bogdanov stipulate to the entry of an Order dismissing the Second Amended Complaint against Defendant Oleg Bogdanov without prejudice, and with the Court being advised in the premises,

IT IS ORDERED that the Second Amended Complaint against Defendant Oleg Bogdanov is dismissed without prejudice.

**SO ORDERED.**

Dated: November 1, 2022

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Plaintiff and Defendant Oleg Bogdanov stipulate to the entry of this order:

/s/ Charles E. Murphy
Charles E. Murphy (P28909)
Clark Hill PLC
Attorneys for Plaintiff
151 S Old Woodward Ave, Ste 200
Birmingham, MI 48009
(248) 988-5779
cmurphy@clarkhill.corn

Oleg Bogdanov
In Pro Per
Ice99@inbox.ru