UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SALITA PROMOTIONS CORP., | Case No. 2:20-cv-12547-LJM-EAS |
| | Hon. Laurie J. Michelson |
| Plaintiff, | |
| v. | |
| SHOHJAHON ERGASHEV and OLEG BOGDANOV, | |
| Defendants. | |

| | |
|---|---|
| CLARK HILL PLC<br>Charles E. Murphy (P28909)<br>151 S. Old Woodward Ave., Ste. 200<br>Birmingham, MI  48009<br>(248) 988-5879<br>cmurphy@clarkhill.com<br><br>Jason R. Canvasser (P69814)<br>500 Woodward Ave., Suite 3500<br>Detroit, MI 48226<br>(313) 965-8300<br>jcanvasser@clarkhill.com<br><br>*Attorneys for Plaintiff* | SHOHJAHON ERGASHEV<br>Defendant In Pro Per<br>shahjahon1991@mail.ru<br><br>OLEG BOGDANOV<br>Defendant In Pro Per<br>ice99@inbox.ru |

_____

### ORDER DISMISSING DEFENDANT SHOHJAHON ERGASHEV WITH PREJUDICE AND RETENTION OF JURISDICTION

Upon the court being advised that the parties have reached a settlement in the form of a new Promotional Agreement with an effective date of January 22, 2022 ("Promotional Agreement"), and being otherwise fully advised in the premises;

**IT IS ORDERED** that the claims of Plaintiff Salita Promotions Corp. for breach of contract (Count I) against Defendant Shohjahon Ergashev stated in the Second Amended Complaint are dismissed with prejudice;

**IT IS FURTHER ORDERED** that the settlement between Plaintiff Salita Promotions Corp and Defendant Shohjahon Ergashev in the form of the Promotional Agreement is approved and integrated into this Order of Dismissal;

**IT IS FURTHER ORDERED** that the Court retains ancillary jurisdiction to enforce the following provisions of the Promotional Agreement: I-Purses, II-Bouts, III-Promotion, IV-Term, VI-Worldwide Rights to Bouts, VIII-Disability/Retirement, IX-Further Assurances, XI-Assignment, XII-Exclusivity, XV-Equitable Relief, XVII-Representations, Warranties and Covenants, XIX-Other Activities of Promoter, XX-Forum Selection/Governing Law, XXI-Purse Bids, XXII-Notice of Breach and Opportunity to Cure/Waiver, XXIII-Fighter Remedies, XXIV-Force Majeure, XXV-New Fighter Representatives, XXVI-Right of First Negotiation/Last Refusal, and XXXIII-Non-English Speaking Fighters.

**SO ORDERED.**

Dated: November 1, 2022

s/Laurie J. Michelson  
LAURIE J. MICHELSON  
UNITED STATES DISTRICT JUDGE